UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00033-JAM |
| Plaintiff, | ) | |
| v. | ) | **RELATED CASE ORDER** |
| GABRIEL ERASMO CABRERA, | ) | |
| Defendant. | ) | |
| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-00130-DAD |
| Plaintiff, | ) | |
| v. | ) | |
| GABRIEL ERASMO CABRERA, | ) | |
| Defendant. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

1

1  The parties should be aware that relating the cases under
2 Local Rule 123 merely has the result that these actions are
3 assigned to the same judge; no consolidation of the actions is
4 effected.  Under the regular practice of this court, related cases
5 are generally assigned to the judge to whom the first filed action
6 was assigned.
7  IT IS THEREFORE ORDERED that the action denominated
8 2:25-cr-00130-DAD be reassigned to Senior Judge John A. Mendez for
9 all further proceedings, and any dates currently set in this
10 reassigned case only are hereby VACATED.  Henceforth, the caption
11 on documents filed in the reassigned case shall be shown as
12 2:25-cr-00130-JAM.
13  IT IS FURTHER ORDERED that the Clerk of the Court make
14 appropriate adjustment in the assignment of criminal cases to
15 compensate for this reassignment.
16  IT IS SO ORDERED.

Dated: May 28, 2025            /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT JUDGE