| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, #294141 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: 916-498-5700 |
| | Fax: 916-498-5710 |

Attorney for Defendant
GABRIEL ERASMO CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:25-cr-0130-JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER SETTING ARRAIGNMENT RE INDICTMENT |
| v. | ) | |
| GABRIEL ERASMO CABRERA, | ) | Judge: Hon. Sean C. Riordan |
| Defendant. | ) | |

    Defendant, GABRIEL ERASMO CABRERA, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Douglas Harman, hereby stipulate to and request an order from this Court setting a hearing for arraignment on the indictment filed in the above-captioned case for June 25, 2025, at 2:00 p.m. Mr. Cabrera is currently on pretrial release and participating in a residential drug and alcohol treatment program, and will appear for arraignment on his own recognizance.

    An indictment was filed in this case on May 22, 2025, and the case was thereafter related to 2:25-cr-0033-JAM, which is scheduled for a status conference before the district court on July 1, 2025, at 9:00 a.m. It is the request of the parties that the arraignment in this matter be scheduled in advance of that date, so that both related cases can proceed with a status on July 1, 2025, for judicial economy.

Therefore, the parties respectfully request to set a hearing for arraignment on the pending indictment in this matter for June 25, 2025, at 2:00 p.m. before the duty magistrate judge.

Dated: May 28, 2025                                    Respectfully submitted,

                                                       HEATHER E. WILLIAMS
                                                       Federal Public Defender

                                                       /s/ Megan T. Hopkins
                                                       MEGAN T. HOPKINS
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       Gabriel Erasmo Cabrera


                                                       MICHELLE BECKWITH
                                                       Acting United States Attorney

DATED: May 28, 2025                                     /s/ Douglas Harman
                                                       DOUGLAS HARMAN
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff

**[PROPOSED] O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT a hearing for arraignment on the indictment be set for June 25, 2025, at 2:00 p.m.

Dated: May 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE