| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>August 25, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL ERASMO CABRERA,

    Defendant.

Case No. 2:25-cr-00130-JAM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  **GABRIEL ERASMO CABRERA**, Case No. **2:25-cr-00130-JAM**, Charge **18 USC § 922(g)(1)**, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

    **X** (Other): **The defendants release is delayed until 08/26/2025 no later than 9:00 AM.**

_____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 25, 2025, at 2:30 PM.

By: _/s/ Allison Claire_____

Magistrate Judge Allison Claire