HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
GABRIEL ERASMO CABRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL ERASMO CABRERA, <br><br> Defendant. | Case No.  2:25-cr-00033-JAM <br> 2:25-cr-00130-JAM <br><br> **FIRST STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** <br><br> Judge:  Hon. John A. Mendez |

GABRIEL ERASMO CABRERA, by and through his attorney of record, Assistant Federal Defender Megan T. Hopkins, and the UNITED STATES, by and through its attorney of record, Assistant United States Attorney Douglas Harman, hereby stipulate to and request an order from this Court continuing the sentencing hearing in this matter from March 24, 2026, at 9:00 a.m. to May 5, 2026, at 9:00 a.m. The probation officer has confirmed availability for the new proposed date.

Mr. Cabrera has recently provided information to defense counsel which is relevant to sentencing and requires some additional investigation and document collection. In addition, some final changes were made to the draft PSR that briefly delayed the pre-sentence schedule. The revised draft was shared with the parties on February 20, 2026, and that parties are now considering the updated draft.  The parties agree that, in light of these circumstances, a continuance of the sentencing hearing to May 5, 2026, is appropriate.

Stipulation and Order to Continue Sentencing Hearing    1-    *United States v. Gabriel Erasmo Cabrera*

The parties further request that the pre-sentence schedule be amended to the following:

Informal Objections due **April 07, 2026**

Final PSR due **April 14, 2026**

Formal Objections due **April 21, 2026**

Sentencing Memorandum/Reply due **April 28, 2026**

Dated: February 20, 2026                                      Respectfully submitted,

                                                             HEATHER E. WILLIAMS
                                                             Federal Public Defender

                                                             */s/ Megan T. Hopkins*
                                                             MEGAN T. HOPKINS
                                                             Assistant Federal Defender
                                                             Attorney for Defendant
                                                             Gabriel Erasmo Cabrera


                                                             ERIC GRANT
                                                             United States Attorney


DATED: February 20, 2026                                      */s/ J. Douglas Harman*
                                                             J. DOUGLAS HARMAN
                                                             Assistant United States Attorney
                                                             Attorney for Plaintiff

# **O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing hearing currently set for March 24, 2026, at 9:00 a.m. is **CONTINUED** to **May 05, 2026, at 9:00 a.m.** and the parties' proposed amended pre-sentence schedule is **ADOPTED**.

Dated: February 23, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE