IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nº: 2:25-cr-00033-JAM<br>2:25-cr-00130-JAM |
| Plaintiff, | |
| vs. | **O R D E R**<br>**APPOINTING CJA COUNSEL** |
| GABRIEL ERASMO CABRERA, | |
| Defendant. | |

Upon the Federal Defender's Motion and good cause appearing, the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026 is **GRANTED**.

**IT IS SO ORDERED.**

Dated: April 13, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE